**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| U.S. COAL CORPORATION, | ) | INVOLUNTARY |
| | ) | |
| DEBTOR. | ) | CASE NO. 14-51460 |
| | ) | |

**MOTION TO DISMISS INVOLUNTARY PETITION**

Kolmar Americas, Inc. ("Kolmar"), the sole petitioning creditor, by and through counsel, hereby files its motion (the "Motion"), pursuant to 11 U.S.C. §§ 303, 1112 and Federal Rule of Bankruptcy Procedure 1017, for entry of an order dismissing the instant involuntary proceeding and directing the Clerk of the Court to refund the applicable filing fee.  In support of its Motion, Kolmar respectfully states as follows:

1.     On June 10, 2014, Kolmar filed an involuntary petition against U.S. Coal Corporation (the "Putative Debtor"), which petition was assigned Case No. 14-51460.

2.     Also on June 10, 2014, Kolmar, due to an electronic filing discrepancy, filed an identical involuntary petition against the Putative Debtor, which petition was assigned Case No. 14-51461.

3.     The two involuntary cases are identical and seek the same relief and, therefore, Kolmar respectfully requests that the Court enter an order dismissing Case No. 14-51460 and directing the Clerk of the Court to refund the applicable filing fee.

WHEREFORE, Kolmar Americas, Inc. respectfully requests that the Court enter an order granting the relief requested in this Motion and such other relief as the Court deems just and proper.

Respectfully submitted,

_/s/ Daniel I. Waxman_____
Daniel I. Waxman (KY # 92736)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507
Telephone:  (859) 233-2012
Facsimile:  (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL TO KOLMAR AMERICAS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2014, I electronically filed the foregoing Motion with the clerk of the court by using the CM/ECF system.  I further certify that I mailed notice of the foregoing Motion by first-class, postage prepaid U.S. mail to the following parties on this 11th day of June, 2013:

U.S. Coal Corporation
101 Helm Street, Suite 150
Lexington, KY 40505


  /s/ Daniel I. Waxman
Daniel I. Waxman

61182499.1